UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

NATHAN D. REID,           :   CIVIL ACTION NO. 3:CV-11-1983
                          :
    Plaintiff          :   (Judge Nealon)
                          :
v.                        :
                          :
SCI-SMITHFIELD, et al.,   :
                          :
    Defendants         :

## ORDER

**AND NOW, THIS 9th DAY OF MAY, 2012**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's letter, filed May 7, 2012, (Doc. 21) is construed as a motion for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

2. Plaintiff's motion (Doc. 2) is **GRANTED** without prejudice.

3. The Clerk of Court is directed to **CLOSE** this case.

_/s/ William J. Nealon_
**United States District Judge**

[Stamp: FILED SCRANTON MAY 09 2012 PER ___ DEPUTY CLERK]