UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATHAN D. REID, | : CIVIL ACTION NO. 3:CV-11-1983 |
| Plaintiff | : (Judge Nealon) |
| v. | : |
| SCI-SMITHFIELD, et al., | : |
| Defendants | : |

### ORDER

**AND NOW, THIS 9th DAY OF MAY, 2012**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's letter, filed May 7, 2012, (Doc. 21) is construed as a motion for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

2. Plaintiff's motion (Doc. 2) is **GRANTED** without prejudice.

3. The Clerk of Court is directed to **CLOSE** this case.

_____
**United States District Judge**